■ MARGUERITE F. GAMBINO et al., Appellants, v RICHARD B. McNAMARA, Respondent. (Appeal No. 1.) [731 NYS2d 422] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sedita,

Jr., J.—Set Aside Verdict.) Present—Green, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.